# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Derrick Jervon Lindsay, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00150-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Public Safety, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2014 Order.

April 14, 2014

Frank G. Johns, Clerk
United States District Court